EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José A. Feliciano Rodríguez | 2005 TSPR 90 <br><br> 164 DPR \_\_\_\_ |

Número del Caso: TS-3317

Fecha: 24 de junio de 2005

Abogado del Peticionario:

        Por Derecho Propio

Materia: Reinstalación al Notariado

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Feliciano Rodríguez

TS-3317

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de junio de 2005.

Examinada la Petición de Reinstalación al Notariado presentada por el Lcdo. José A. Feliciano Rodríguez, se autoriza la reinstalación del licenciado Feliciano Rodríguez al ejercicio de la notaria, efectivo inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y el Juez Asociado señor Rebollo López no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo